[No. 44311-2-II.   Division Two.   September 10, 2013.]

THE STATE OF WASHINGTON *on the relation of J.P.P.,*
*Petitioner,* THOMAS E. DAVIS, *Appellant,* v. LEAH
CHERI SPEARBECK ADAMS PARKER ET AL.,
*Respondents.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 95-5-00067-1, F. Mark McCauley, J.,
entered August 10, 2011. *Affirmed* by unpublished opinion
per Fearing, J. Pro Tem., concurred in by Johanson, A.C.J.,
and Penoyar, J.

[Nos. 67916-3-I; 67917-1-I.   Division One.   September 16, 2013.]

MARCY GRANTOR, *Individually and as Guardian, Appellant,*
v. BIG LOTS STORES, INC., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 10-2-08519-0, Carol A. Schapira, J., entered
October 14, 2011. *Affirmed* by unpublished opinion per
Schindler, J., concurred in by Lau and Verellen, JJ.

[No. 68021-8-I.   Division One.   September 16, 2013.]

VLADIK BYKOV, *Appellant,* v. DAVID R. ADAMS, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 10-2-15463-9, James A. Doerty, J., entered
November 15, 2011. *Affirmed* by unpublished opinion per
Appelwick, J., concurred in by Grosse and Dwyer, JJ.

[No. 68029-3-I.   Division One.   September 16, 2013.]

JOEL JOHNSON, *Appellant,* v. SAFECO INSURANCE COMPANY OF
AMERICA ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 10-2-03695-4, Carol A. Schapira, J., entered
November 18, 2011. *Affirmed* by unpublished opinion per
Schindler, J., concurred in by Dwyer and Lau, JJ. Now
published at 178 Wn. App. 828.